Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14601−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maruja Carrascoso
   9−10 5th Street Unit 1X
   Fair Lawn, NJ 07410

Social Security No.:
   xxx−xx−2238

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/11/18 at 10:30 AM

to consider and act upon the following:

*11* − Motion to Extend Time to File Missing Schedules (related document:1 Voluntary Petition (Chapter 13) filed by Debtor Maruja Carrascoso) Filed by Kenneth J. Rosellini on behalf of Maruja Carrascoso. Objection deadline is 4/2/2018. (Attachments: # 1 Proposed Order) (Rosellini, Kenneth)

Dated: 4/2/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court